Post agt. Jenkins.

*December Term*, 1845.

MOTION· by defendant to open default taken at the last
October term, and for leave to argue the demurrer
[*33]     *The defendant's attorney prepared his papers in this
and other causes a week or more before the term, and
took them to the court in his county, which he was obliged
to attend professionally, with a view to send them to his coun-
sel at Rochester, but not finding an opportunity, he mailed the
papers in this cause to his counsel on the 23d of October; they
were not received until the 25th October, and after the court
had adjourned.  Plaintiff's counsel had taken a default and
judgment on the demurrer as frivolous.  Defendant's attorney
stated that he supposed the demurrer was not noticed as frivo-
lous, and did not know that it was until informed by his coun-
sel; he then examined his notice of argument, and found that
there was a notice to that effect inserted in it.  He offered
plaintiff's attorneys costs, &c., to waive the default, which he
declined.

N. HILL, JR., *defendant's counsel.*

H. BENNETT, *defendant's attorney.*

D. WRIGHT, *plaintiff's counsel.*

JOHN WAIT, *plaintiff's attorney.*

JEWETT, Justice.  Granted the motion on payment of costs
of October term, and $7 costs of opposing motion.

———————

GEO. D. POST *et al.* agt. SAMUEL T. JENKINS, and three other
causes.

Where there are several causes between the same plaintiff and different defend·
ants, and motions *in each* are made by defendants for judgment as in case of
nonsuit, and granted unless plaintiff pay costs, &c., and separate papers for the
motions are made, the attorneys being the same in each; the costs for one
motion only will be allowed.  In such a case the motions might all be made
with one set of papers and notice; the attorneys being the·same in each.

*December Term*, 1845.

MOTION by defendants in each cause for judgment as in
case of nonsuit.

People agt. Allen.

These were four causes between the same plaintiffs and different defendants and same attorneys. The motion papers were made out separate, and the motions granted unless plaintiffs stipulated and paid $10 costs only, including the four motions. It was insisted by defendant's counsel that costs in this motion should be allowed. Plaintiff's counsel insisted that all the causes might have been entitled in one affidavit and notice, and the whole object could have been accomplished by one motion.

> P. CAGGER, *defendant's counsel.*
> G. B. WOOD, *defendant's attorney.*
> H. GRAY, *plaintiffs' counsel.*
> GRAY & HATHAWAY, *plaintiffs' attorneys.*

JEWETT, Justice. Allowed costs for one motion only, on the ground that the four motions might have been made in one, and one set of papers only used, the plaintiffs being the same in each cause, and the facts for the motions the same, and the attorneys the same.

*There was another decision made at the same time [*34] with the above, and in the same way, where there were 32 causes all the same plaintiff and different defendants and same attorneys; motion was made in each cause for judgment as in case of nonsuit, which was granted unless plaintiff stipulated and paid $10 costs only, including all the causes. The papers, however, in the last case, differed from the first, there being but one set of moving papers for all the causes.